GREEVES & ROETHLER, PLC
Scott L. Greeves, SBA #015761
2151 E. Broadway Rd., Suite 115
Tempe, AZ 85282
T: (480) 422-1850   F: (480) 696-5522
scott@grattorneys.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Ch. 13 |
| | ) | |
| NICHOLAS RIEKENS and | ) | No. 2:18-bk-14880-DPC |
| TAMI NATHE | ) | |
| | ) | MOTION TO DISMISS |
| | ) | PURSUANT TO 11 U.S.C. § 1307(b) |
| Debtors. | ) | |
| | ) | |

The Debtors, by counsel undersigned, represent as follows:

1. That this case has not been converted to Chapter 13 under section 706 nor section 1112 of the U.S. Bankruptcy Code.

2. That under 11 U.S.C. § 1307(b), the Debtors are entitled to have this Chapter 13 case dismissed at any time, as an absolute right, and the Debtors, by this motion, elect to have this case be dismissed.

3. That a copy of this motion has on this date been e-mailed to the Chapter 13 Trustee serving in the case.

4. That the Trustee is directed to pay those funds on hand, which Debtors believe to be $427.95 per the Trustee's website to the Debtors, after first deducting the Trustee's Administrative Expenses.

5. That the court enter a dismissal of this case to allow Debtors to move

forward to negotiate directly with Debtors' remaining creditors for debt reduction.

6. This dismissal is a voluntary dismissal and is not for a default. Therefore this dismissal should be without prejudice.

7. All creditors in this proceeding will be given notice of dismissal of the case by the clerk of the court.

8. All pending adversary or administrative hearing are hereby vacated.

9. The Trustee is allowed his administrative expenses, subject to application and further court order.

WHEREFORE, the Debtors move this Court to enter an Order dismissing this case, without prejudice, and closing the estate as provided by law.

RESPECTFULLY SUBMITTED this August 30, 2019.

GREEVES & ROETHLER, PLC

/s/ Scott L. Greeves #015761
Scott L. Greeves
Attorney for Debtors

The undersigned Debtors have reviewed and agree with the Motion to Dismiss, and hereby declare that they want their chapter 13 bankruptcy case dismissed.

NICHOLAS RIEKENS
Debtor

TAMI NATHE
Co-Debtor

Copy of the foregoing
motion and proposed order
e-mailed this date to:
Russell Brown, Trustee
mail@ch13bk.com
By: /s/ Scott L. Greeves