SO ORDERED.

Dated: September 3, 2019

Daniel P. Collins, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Ch. 13 |
| | ) | |
| NICHOLAS RIEKENS and | ) | No. 2:18-bk-14880-DPC |
| TAMI NATHE | ) | |
| | ) | ORDER DISMISSING CASE |
| | ) | PURSUANT TO 11 U.S.C. § 1307(b) |
| Debtors. | ) | |
| _____ | ) | |

Debtors having filed the Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(b), the case not having been converted to Chapter 13 from another chapter of Title 11, the Debtors having an absolute right to dismiss, the Debtors' attorney having noticed a copy of the Motion to Dismiss to the Chapter 13 Trustee serving in this case, and good cause appearing:

IT IS ORDERED that, pursuant to 11 U.S.C. § 1307(b), the above-captioned Chapter 13 case is dismissed, without prejudice, effective as of the date and time of this Order.

IT IS FURTHER ORDERED that:

1. Pursuant to 28 U.S.C. §586(e)(2), the Trustee shall be paid his/her percentage fee from all payments received from the Debtors;

2. All pending adversary proceedings, contested matters, and administrative hearings related to this case are vacated;

3. **Retention of Jurisdiction**: The Trustee will retain the Debtors' funds pending Court approval of the payment of administrative expenses of the Debtors' Attorney. If the Debtors' Chapter 13 Plan contained an Application for Payment of Administrative Expenses to the Debtors' attorney, and no party filed an objection to the Application, the Debtors' attorney may lodge an Order approving the Application within ten days after the Court enters this Dismissal Order. Alternatively, the Debtors' attorney has ten days from the Court's entry of this Dismissal Order to file a separate fee application. If an Order approving the Application or a separate fee application is not filed within ten days, all remaining funds held by the Trustee will be returned to the Debtors; and

4. The the clerk of the court shall notice this Order to all interested parties and creditors.

DATED AND SIGNED ABOVE